

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RACHEL DRAKE ▪
DANIEL KOHN ▲

▲ NJ & NY Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

July 10, 2018

The Honorable Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**VIA ECF**

    Re:    **Jakubowitz v. Mullooly, Jeffrey, Rooney & Flynn, LLP, et al**
            **Docket No. 1:18-cv-03500-DLI-ST**

Your Honor,

    We represent the Plaintiff, Tovia Jakubowitz, in the above referenced action, and write in accordance with Your Honor's Individual Practices.

    We are pleased to report that the Plaintiff has reached an agreement to settle all claims as alleged in the Complaint against all Defendants.

    Accordingly, we respectfully request that the Court remove all upcoming dates and deadlines from its Calendar, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate Settlement Agreements.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                    Respectfully,

                                    /s/ *Daniel Kohn*
                                    Daniel Kohn